**DISMISS and Opinion Filed June 27, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00194-CV**

**PAUL FAIRCHILD, Appellant**
**V.**
**COP ENTERPRISES, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-19735**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated May 8, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                /Robert D. Burns, III/
                ROBERT D. BURNS, III
                CHIEF JUSTICE

240194F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

PAUL FAIRCHILD, Appellant

No. 05-24-00194-CV       V.

COP ENTERPRISES, LLC,
Appellee

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-19735.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Carlyle participating.

     In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered June 27, 2024